# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRANDI ABTS, AN INDIVIDUAL,
Appellant,

vs.

CYNTHIA ARNOLD-ABTS,
Respondent.

No. 76506

FILED

AUG 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order dismissing a complaint in part and allowing the amendment of the complaint. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Our review of the notice of appeal and documents before this court reveals a jurisdictional defect. The order challenged on appeal is not appealable as a final judgment under NRAP 3A(b)(1) because it does not resolve appellant's defamation claims. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment "as one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs"). And no other statute or court rule allows an appeal from an order dismissing a complaint in part. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) ("[W]e may only

18-34051

consider appeals authorized by statute or court rule"). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ Pickering _____, J.
Pickering

_____, J.          _____, J.
Gibbons                               Hardesty

cc: Hon. Ronald J. Israel, District Judge
    Brandi Abts
    Patricia A. Marr
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A